**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**CONSULTING, L.L.C., PREVIOUSLY KNOWN AS**
**MADISON COUNTY NURSING HOME**                                     **PLAINTIFF**

**VS.**                                                                                    **CAUSE NO. 3:17-CV-422**

**THE BROUSSARD GROUP, L.L.C. AND**
**BROUSSARD HEALTHCARE**
**BROUSSARD & COMPANY HEALTH CARE**
**CONSULTANTS, L.L.C.**                                                       **DEFENDANTS**

**MADISON COUNTY NURSING HOME'S**
**RESPONSE IN OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Madison County Nursing Home ("MCNH"), by and through counsel, and hereby responds to Defendants' Motion for Summary Judgment. MCNH respectfully requests a hearing on this matter, and in support thereof would state as follows:

1. The bases for MCNH's response are fully set out in the Memorandum filed contemporaneously with this Motion, which is hereby incorporated by reference, and in the following exhibits:

| | |
|---|---|
| Exhibit A | Daniel Logan Affidavit |
| Exhibit B | Deposition of Daniel Logan |
| Exhibit C | Dawn Snyder Expert Report |
| Exhibit D | Amended Attachment 7.1 to Dawn Snyder Expert Report |
| Exhibit E | Responses to Interrogatory #2 and #4 |
| Exhibit F | Deposition of Dawn Snyder |
| Exhibit G | Ed LeBreton Expert Report |
| Exhibit H | Deposition of Ed LeBreton |
| Exhibit I | Deposition of Madison County Nursing Home 30(b)(6) |
| Exhibit J | Deposition of Karen Henderson |

| | |
|---|---|
| Exhibit K | March 2015 Email from Karen Henderson to Daniel Logan |
| Exhibit L | Deposition of Kimberly Bellitto |
| Exhibit M | Deposition Excerpts of Latisha Gentry |
| Exhibit N | Deposition Excerpts of Christopher J. Murphy |
| Exhibit O | Deposition Excerpts of Ralph Litolff |
| Exhibit P | Defendants' Interrogatory No. 5 and Request for Production #4 |
| Exhibit Q | Deposition of Broussard 30(b)(6) – Beth Broussard |
| Exhibit R | January 21, 2016 Mutual Termination Letter |
| Exhibit S | Email from Matt Biggers to Mr. Zimmerman |
| Exhibit T | Kim Bellitto Expert Report |

WHEREFORE, PREMISES CONSIDERED, Madison County Nursing Home requests that this Court deny The Broussard Group, L.L.C. and Broussard Healthcare Consulting, L.L.C. previously known as Broussard & Company Health Care Consultants, L.L.C. motion for summary judgment and grant such other relief as is necessary under the circumstances.

DATED: September 7, 2018.

                **MADISON COUNTY NURSING HOME**

                By: /s/ *Michael S. MacInnis*
                  Michael S. MacInnis
                  Its Attorney

Prepared by:
Michael S. MacInnis, MSB # 8376
Jon J. Mims, MSB # 100341
Rawlings & MacInnis, P.A.
Post Office Box 1789
Madison, MS 39130-1789
Telephone: (601) 898-1180
Facsimile: (601) 969-1041

**CERTIFICATE OF SERVICE**

  I, Michael S. MacInnis, do hereby certify that I have this day electronically filed the foregoing with the Court using the ECF system which sent notice of the filing to attorneys of record, including:

Matthew T. Biggers
mbiggers@deutschkerrigan.com
Attorney for Defendants

Judy L. Burnthorn
jburnthorn@deutschkerrigan.com
Attorney for Defendants

Lawrence M. Quinlivan
mquinlivan@deutschkerrigan.com
Attorney for Defendants

This the 7th day of September, 2018.

                   */s/ Michael S. MacInnis*
                   Michael S. MacInnis